Derrick S. Penney, Esq.
Nevada Bar No. 8606
PENNEY LAW FIRM, LTD.
1701 West Charleston, Boulevard, Suite 600
Las Vegas, Nevada 89102
Telephone: (702) 497-7545
Facsimile: (702) 778-5007
Email: penneylawfirm@gmail.com
*Attorneys for Third-Party Defendant, Absolute Collection Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Green Tree Servicing LLC, | Case No.:   2:15-cv-00476-JCM-VCF |
| Plaintiff, | |
| vs. | |
| SFR Investments Pool1, LLC; Elkhorn Community Association; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 7701 Flourish Springs Street, Las Vegas, NV 89131, | **Substitution of Attorney** |
| Defendants. | |
| Elkhorn Community Association | |
| Third-Party Plaintiff, | |
| vs. | |
| Absolute Collection Services, LLC | |
| Third-Party Defendant. | |

Charles L. Geisendorf, Esq., attorney of record for Absolute Collection Services, LLC does hereby consent to the substitution of Derrick S. Penney, Esq. as attorney for Absolute Collection Services, LLC in the above-entitled matter in his place and stead.

DATED this 27 day of August, 2015.

Charles L. Geisendorf, Esq.

- 1 -

Derrick S. Penney, Esq., does hereby agree to be substituted in the place of Charles L Geisendorf, Esq., as attorney for Absolute Collection Services, LLC, in the above-entitled matter.

DATED this 28th day of August, 2015.

Derrick S. Penney, Esq.

Absolute Collection Services, LLC, Third-Party Defendant in the above-entitled case consents to the substitution of Derrick S. Penney, Esq., in place of Charles L. Geisendorf, Esq. as its attorney of record.

DATED this 27 day of August, 2015.

Absolute Collection Services, LLC
By: Kelly Mitchell

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: August 28, 2015

- 2 -