ARIEL STERN, ESQ.
Nevada Bar No. 8276
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL1, LLC;<br>ELKHORN COMMUNITY ASSOCIATION,<br><br>    Defendants. | Case No.: 2:15-cv-00476-JCM-VCF<br><br><br>**SUBSTITUTION OF COUNSEL FOR DITECH FINANCIAL LLC F/K/A/ GREEN TREE SERVICING LLC** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter-Claimant<br><br>v.<br><br>GREEN TREE SERVICING, LLC; SHARON M. COCHRAN, an individual,<br><br>    Counter-Defendant/Cross-Defendant | |
| Elkhorn Community Association,<br><br>    Third-Party Plaintiff<br><br>v.<br><br>Absolute Collection Services, LLC,<br><br>    Third-Party Defendant | |

1

Plaintiff Ditech Financial LLC f/k/a Green Tree Servicing LLC (**Ditech**) consents to the substitution of Ariel Stern, Esq. and Donna Wittig, Esq. of AKERMAN LLP as its counsel in the place and stead of WOLFE & WYMAN LLP, in the above-entitled matter.

DATED this ___ day of November, 2015.

DITECH FINANCIAL LLC F/K/A/ GREEN TREE SERVICING LLC

By: _____
Its: Corporate Counsel

Colt B. Dodrill, Esq. and YanXiong Li of the law firm WOLFE & WYMAN LLP consents to the substitution of Ariel Stern, Esq. and Donna Wittig, Esq. of AKERMAN LLP as counsel of record in their place and stead on behalf of Ditech.

DATED this 31 day of October, 2015.

WOLFE & WYMAN LLP

_____
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
YANXIONG LI, ESQ.
Nevada Bar No. 12807
980 Kelly Johnson Drive, Ste. 140
Las Vegas, NV 89119

Ariel Stern, Esq. and Donna Wittig, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for Ditech in the place and stead of WOLFE & WYMAN LLP.

DATED this 2nd day of November, 2015.

AKERMAN LLP

_____
ARIEL STERN, ESQ.
Nevada Bar No. 8276
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 3, 2015

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 2nd day of ~~October~~ November, 2015, I caused a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** to be electronically served via CM/ECF on the following:

Colt B. Dodrill, Esq.
YanXiong Li, Esq.
Wolfe & Wyman LLP
980 Kelly Johnson Drive, Ste. 140
Las Vegas, NV 89119
*Former Attorneys for Green Tree Servicing LLC*

Howard C. Kim
Jacqueline A. Gilbert
Diana S. Cline Ebron
Howard Kim & Associates
1055 Whitney Ranch Drive, Ste. 110
Henderson, NV 89014
*Attorneys for SFR Investments Pool 1, LLC*

Edward D. Boyack
Boyack Beck & Taylor
401 N. Buffalo Drive, Ste. 202
Las Vegas, NV 89145
*Attorneys for Elkhorn Community Association*

Derrick S. Penney
Penney Law Firm, Ltd.
330 East Charleston Blvd., Ste. 100
Las Vegas, NV 89104
*Attorneys for Absolute Collection Services, LLC*

/s/ *[signature]*
An employee of AKERMAN LLP