# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

DITECH FINANCIAL LLC F/K/A GREEN
TREE SERVICING, LLC,

                    Plaintiff,

vs.

SFR INVESTMENTS POOL1, LLC, *et al.*,

                    Defendants.

_____

And all related claims.

2:15-cv-00476-JCM-VCF

**ORDER**

 

Before the court is Ditech Financial LLC F/K/A Green Tree Servicing LLC's Motion for Leave to Amend Complaint and to Amend Answer (#39).

The time to oppose has passed. To date, no opposition has been filed.  Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."  Here, it would seem that the other parties have consented to the granting of the motion.  Under LR 15-1(b), Ditech must file and serve the amended pleadings by December 14, 2015.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Ditech Financial LLC F/K/A Green Tree Servicing LLC's Motion for Leave to Amend Complaint and to Amend Answer (#39) is GRANTED.

IT IS SO ORDERED.

DATED this 3rd day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE