Edward D. Boyack
Nevada Bar No. 005229
**BOYACK ORME & TAYLOR**
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)

Attorney for Defendant
Elkhorn Community Association

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ELKHORN COMMUNITY ASSOCIATION,<br><br>Defendants. | CASE NO.   2:15-cv-00476-JCM-VCF<br><br><br><br>**DEFENDANT ELKHORN COMMUNITY ASSOCIATION'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| ELKHORN COMMUNITY ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Third-Party Defendant. | |

COMES NOW, Defendant Elkhorn Community Association (hereinafter "Elkhorn"), by and through its attorneys of record Boyack Orme & Taylor, hereby give Notice of Voluntary Dismissal, without prejudice, of all claims against Third Party Defendant, ANGIUS & TERRY COLLECTIONS, LLC, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

No answer or appearance has been made by ANGIUS & TERRY COLLECTIONS, LLC in this matter.

DATED this 28th day of December, 2015.

BOYACK ORME & TAYLOR

By: /s/Edward D. Boyack
EDWARD D. BOYACK
Nevada Bar No. 005229
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
*Attorney for Defendant*
*Elkhorn Community Association*

IT IS SO ORDERED December 30, 2015.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December 2015, the foregoing **DEFENDANT ELKHORN COMMUNITY ASSOCIATION'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served by the following means to the persons as listed below:

   X      a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attached additional paper, if necessary).

Diana S. Cline, Esq.; Howard C. Kim, Esq.; Jacqueline A. Gilbert, Esq.:

    diana@hkimlaw.com, andrew@hkimlaw.com, colin@hkimlaw.com, danielle@hkimlaw.com, howard@hkimlaw.com, jacqueline@hkimlaw.com, jesse@hkimlaw.com, jody@hkimlaw.com, katherine@hkimlaw.com, melissa@hkimlaw.com, sarah@hkimlaw.com, tommie@hkimlaw.com

Colt B. Dodrill, Esq.; YanXiong Li., Esq.:

    cbdodrill@wolfewyman.com, mli@wolfewyman.com

Charles Geisendorf, Esq.

    charles@clgltd.com

   X      b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Sharon M. Cochran
7701 Flourish Springs Street
Las Vegas, NV 89131

          /s/ Anna Binder
          Anna Binder
          An employee of BOYACK ORME & TAYLOR