**SUBT**
Shane Cox, Esq.
Nevada Bar No. 13852
Absolute Collection Services, LLC
6440 Sky Pointe Dr., Ste. 140-154
Las Vegas, NV 89131
Telephone: (702) 531-3394
Facsimile: (702) 531-3396
Email: shane@absolute-collection.com
*Attorneys for Third-Party Defendant, Absolute Collection Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ditech Financial, LLC f/k/a Green Tree Servicing, LLC,<br><br>        Plaintiff,<br>vs.<br><br>SFR Investments Pool 1, LLC; Elkhorn Community Association,<br><br>        Defendants | Case No.: 2:15-cv-00476-JCM-VCF<br><br><br>**SUBSTITUTION OF ATTORNEY** |

SFR Investments Pool 1, LLC, a Nevada limited liability company

        Counter-Claimant,
vs.

Green Tree Servicing, LLC; Sharon M. Cochran, an individual,

        Counter-Defendant/Cross- Defendants.

Elkhorn Community Association,

        Third-Party Plaintiff,

vs.

Absolute Collection Services, LLC,

        Third-Party Defendant

- 1

JOHN P. MICHAELSON, ESQ., as attorney of record for Absolute Collection Services, LLC does hereby consent to the substitution of SHANE COX, ESQ. as attorney for Absolute Collection Services, LLC in the above-entitled matter in his place and stead.

DATED this 29th day of February, 2016.

_____
JOHN P. MICHAELSON, ESQ.

SHANE COX, ESQ., does hereby agree to be substituted in the place of JOHN P. MICHAELSON, ESQ., as attorney for Absolute Collection Services, LLC, in the above-entitled matter.

DATED this 29th day of February, 2016.

_____
SHANE COX, ESQ.

Absolute Collection Services, LLC, Cross-Defendant in the above-entitled case consents to the substitution of SHANE COX, ESQ. in place of JOHN P. MICHAELSON, ESQ., as its attorney of record.

DATED this 29th day of February, 2016.

_____
Absolute Collection Services, LLC
By: KELLY MITCHELL

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-29-2016

## CERTIFICATE OF SERVICE

Pursuant to Nevada Rules of Civil Procedure 5(b), the undersigned hereby certifies that on February 29, 2016, a true and correct copy of the attached Substitution of Attorney was served by Electronic Transmission through the Eighth Judicial District Court's Odyssey E-File and Service System to the following parties;

**Akerman LLP**

| **Contact** | **Email** |
|---|---|
| Ariel E. Stern | ariel.stern@akerman.com |
| Donna M. Wittig | donna.wittig@akerman.com |

**Kim Gilbert Ebron**

| **Contact** | **Email** |
|---|---|
| Howard C. Kim | howard@kgelegal.com |
| Jacqueline A. Gilbert | jackie@kgelegal.com |
| Diana Cline Ebron | diana@kgelegal.com |
| Karen L. Hanks | karen@kgelegal.com |

**Boyack Beck & Taylor**

| **Contact** | **Email** |
|---|---|
| Edward D Boyack | ted@boyacklaw.com |

/s/ Natalie Burns
An employee of Michaelson & Associates, Ltd.