ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL1, LLC; ELKHORN COMMUNITY ASSOCIATION,<br><br>                      Defendants. | Case No.: 2:15-cv-00476-JCM-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION FOR PROTECTIVE ORDER [DOC. 52]** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>                      Counter-Claimant,<br><br>v.<br><br>GREEN TREE SERVICING, LLC; SHARON M. COCHRAN, an individual,<br><br>    Counter-Defendant/Cross-Defendants. | |
| ELKHORN COMMUNITY ASSOCIATION,<br><br>                       Third-Party Plaintiff,<br><br>v.<br><br>ABSOLUTE COLLECTION SERVICES, LLC,<br><br>                      Third-Party Defendant. | |

{37773685;1}　　　　　　　　　　　　　1

Before the Court is SFR's Motion for Protective Order (Doc. 52). After further discussions, Ditech agrees to withdraw topics 14 and 17 from its deposition notice. There being no further matters in dispute, the undersigned parties stipulate and agree the Motion for Protective Order is moot and should be withdrawn.

DATED this 10th day of March, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Plaintiff/Counter-Defendant Ditech Financial LLC f/k/a Green Tree Servicing, LLC* | */s/ Karen L. Hanks* <br> DIANA CLINE EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for Defendant/Counter-Claimant/ Cross-Claimant SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-11-2016