**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING, LLC,

        Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

        Defendants.

2:15-cv-00476-JCM-VCF

**ORDER**

        Before the Court are DiTech Financial LLC's Emergency Motion for Protective Order (#53) and Motion to Continue Discovery Cutoff, Rebuttal Expert Witness and Dispositive Motion Deadlines (#58). Defendant SFR Investments Pool 1, LLC filed its response to DiTech's emergency motion (#56) and DiTech filed a reply in support of its motion. On March 3, 2016, Defendant SFR filed a response seeking to a file its response to the emergency motion in the ordinary course. (#56). SFR attached an exhibit which rescheduled DiTech's 30(b)(6) deposition to March 30, 2016. (#56). A response in the ordinary course would have been due on March 7, 2016. To date, SFR has not submitted any opposition to DiTech's motion for protective order. DiTech's 30(b)(6) deposition has passed. These facts indicate that the 30(b)(6) deposition dispute may have been resolved.

        Accordingly,

        IT IS HEREBY ORDERED that DiTech Financial LLC's Emergency Motion for Protective Order (#53) is DENIED as MOOT.

        IT IS FURTHER ORDERED that DiTech's Motion to Continue Discovery Cutoff, Rebuttal Expert Witness and Dispositive Motion Deadlines (#58) is GRANTED. The following discovery deadlines apply:

        A.      Discovery Cut-Off Date:

Discovery must be completed on or before **June 29, 2016**.

B.     Disclosure of Experts:

Rebuttal expert disclosures must be made on or before **April 29, 2016**.

C.     Dispositive Motions:

Dispositive motions must be filed and served on or before **July 29, 2016**.

D.     Joint Pre-Trial Order:

The Joint Pre-trial Order must be filed on **August 29, 2016**.  In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

DATED this 14th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE