ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
brett.coombs@akerman.com

*Attorneys for Plaintiff Ditech Financial,
LLC f/k/a Green Tree Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; and ELKHORN COMMUNITY ASSOCIATION, <br><br> Defendants. | Case No. 2:15-cv-00476-JCM-VCF <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

and related cross-actions.

Plaintiff Ditech Financial, LLC f/k/a Green Tree Servicing, LLC's (**Ditech**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of Akerman LLP. Ditech requests that Ms. Wittig be removed from the Court's CM/ECF service list.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{39507381;1}                    1

Akerman LLP will continue to represent Ditech and requests that Ariel E. Stern and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 13th day of September, 2016.

**AKERMAN LLP**

*/s/ Brett Coombs*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT COOMBS, Esq.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Ditech Financial, LLC f/k/a Green Tree Servicing, LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 9-14-2016

UNITED STATES MAGISTRATE JUDGE

{39507381;1}

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of September, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, postage prepaid and addressed to:

Edward D. Boyak, Esq.
BOYACK ORME & TAYLOR
401 N. Buffalo Drive #202
Las Vegas, Nevada  89145
Email:  ted@boyacklaw.com

*Attorney for Elkhorn Sunrise Homeowners Association*

Howard C. Kim, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Diana Cline Ebron, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Email:  howard@kgelegal.com

*Attorneys for SFR Investments Pool 1, LLC*

Shane D. Cox, Esq.
ABSOLUTE COLLECTION SERVICES, LLC
6440 Sky Pointe Drive, Suite 140-154
Las Vegas, Nevada  89131
Email: shane@absolute-collection.com

*Attorney for Absolute Collection Services, LLC*

　　　　　　　　　　　　　　　　　　　　*/s/ Josephine Washenko*
　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN LLP

{39507381;1}　　　　　　　　3