UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL I, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:15-CV-476 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Green Tree Servicing LLC v. SFR Investments Pool1, LLC et al.*, case number 2:15-cv-00476-JCM-VCF.

This matter was stayed on September 14, 2016, pending the mandate in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016). On December 15, 2016, the mandate was issued.

Accordingly,

IT IS HEREBY ORDERED that the instant stay be, and the same hereby is, LIFTED.

IT IS FURTHER ORDERED that the parties shall file a new proposed scheduling order for the completion of any necessary briefing and discovery within fourteen (14) days of the entry of this order.

DATED February 16, 2017.

                                                                          *[signature]*
                                   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**