UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL I, LLC, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-476 JCM (VCF)<br><br>ORDER |

On November 21, 2019, the Ninth Circuit reversed and remanded this court's February 23, 2017 order entering summary judgment in favor of defendants SFR Investments Pool 1, LLC ("SFR") and Elkhorn Community Association ("Elkhorn") and against plaintiff Ditech Financial, LLC fka Green Tree Servicing LLC ("Ditech"). (ECF Nos. 87, 111). The Ninth Circuit remanded this case with directions to enter judgment in favor of Ditech. (ECF No. 111).

Pursuant to the Ninth Circuit's directive, Ditech is instructed to prepare an appropriate judgment in its favor and against SFR and Elkhorn within fourteen (14) days of the date of this order.

IT IS SO ORDERED.

DATED January 6, 2020.

_____
UNITED STATES DISTRICT JUDGE