AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, | Case No.: 2:15-cv-00476-JCM-CWH |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC; ELKHORN COMMUNITY ASSOCIATION, | |
| Defendants. | |
| AND RELATED CASES | |

Pursuant to the United States Court of Appeals for the Ninth Circuit's memorandum dated November 21, 2019 (ECF No. 111) and its mandate dated December 13, 2019 (ECF No. 112);

**IT IS ORDERED AND ADJUDGED** that the clerk's judgment (ECF No. 107) issued in favor of SFR Investments Pool 1, LLC (**SFR**) be and hereby is VACATED;

**IT IS FURTHER ORDERED AND ADJUDGED** that Ditech Financial, LLC f/k/a Green Tree Servicing LLC (**Ditech**)'s motion for summary judgment (ECF No. 69) is GRANTED. The Federal Foreclosure Bar, 12 U.S.C. § 4617(j)(3), expressly precludes the extinguishment of Federal National Mortgage Association (**Fannie Mae**)'s property interest without the Federal Housing Finance Agency's consent, and preempts the Nevada statute that otherwise allows properly conducted HOA foreclosure sales of superpriority liens to extinguish all junior interests, including deeds of trust. Therefore, the Court declares that the deed of trust recorded in the Official Records of Clark County, Nevada against the real property located at 7701 Flourish Springs Street, Las Vegas, Nevada 89131 (APN 125-16-613-001), as instrument number 20071213-0001569 (the **Deed of Trust**), was not extinguished, impaired, or otherwise affected by the foreclosure sale conducted by Elkhorn Community Association on December 11, 2012 (the **HOA Foreclosure Sale**), or the recording of the Trustee's Deed Upon Sale in the Official Records of Clark County, Nevada on

51514450;1

**AKERMAN LLP**

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1 | December 13, 2012, as Instrument No. 201212130001077, reflecting that SFR purchased the

2 | Property at the HOA Foreclosure Sale.  SFR's interest in the property is subject to the Deed of Trust.

3 | **IT IS FURTHER ORDERED AND ADJUDGED** that Ditech's remaining claims are

4 | DISMISSED AS MOOT.

5 | **IT IS FURTHER ORDERED AND ADJUDGED** that SFR's motion for summary

6 | judgment (ECF No. 68) is DENIED.

7 | **IT IS FURTHER ORDERED AND ADJUDGED** that SFR Investments Pool 1, LLC's

8 | counterclaim against Ditech is DISMISSED AS MOOT.

9 | **IT IS FURTHER ORDERED AND ADJUDGED** that Elkhorn Community Association's

10 | third party claim against Absolute Collection Services, LLC is DISMISSED AS MOOT.

11 | **IT IS FURTHER ORDERED AND ADJUDGED** that final judgment is hereby entered

12 | resolving all claims in this case.  This clerk is instructed to close the case.

13

14 | UNITED STATES DISTRICT JUDGE

15

16 | DATED: January 31, 2020

17

18

19

20

21

22

23

24

25

26

27

28

51514450;1